**ENTER JS-6 SEND**





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA STEWART, | CASE NO. CV 03-2873 MMM (VBKx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| ANDY WACHOWSKI, et al., | |
| Defendants. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

The motion of Twentieth Century Fox Film Corporation, James Cameron and Gale Anne Hurd (collectively, the "Terminator Defendants") for summary judgment and the motion of defendants Warner Bros. Entertainment, Inc., Andy Wachowski, Larry Wachowski, Joel Silver, and Thea Bloom (collectively, the "Matrix Defendants") for summary judgment came on regularly for hearing on June 13, 2005. The Court having considered the evidence presented by the parties, and having reviewed the briefs and heard the argument of counsel,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Sophia Stewart take nothing by way of her complaint against defendants Twentieth Century Fox Film Corporation, James Cameron, Gale Anne Hurd, Warner

Bros. Entertainment, Inc., Andy Wachowski, Larry Wachowski, Joel Silver, and Thea Bloom;

2. That the action be, and it hereby is, dismissed; and

3. That defendants recover their costs of suit herein.

DATED: June 13, 2005

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2